# Court of Appeals, State of Michigan

## ORDER

In re Hart, Minors

Docket No.    332435

LC No.    2014-000679-NA

David H. Sawyer

Presiding Judge

Jane E. Markey

Colleen A. O'Brien

Judges

---

The Court orders that the October 10, 2016 opinion is hereby AMENDED to correct a clerical error. The opinion is corrected to read November 10, 2016 as the date of the opinion.

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 1 8 2016

Date

Chief Clerk